JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MARTINEZ, <br><br> Plaintiff, <br><br> v. <br><br> YELLOW OWL PROPERTIES MANAGEMENTS, INC, a California Corporation; FLORES MEAT INC., a California Corporation; and Does 1-10, <br><br> Defendants. | Case: 2:15-CV-04741-RSWL-AJW <br><br> **ORDER** |

## ORDER

The entire case is hereby ordered dismissed without prejudice.

Dated: 5/18/2016         s/ RONALD S.W. LEW
                         HONORABLE RONALD S. W. LEW
                         SENIOR U.S. DISTRICT JUDGE